Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angie Kay Traxler,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | No: 2:21-cv-01494-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, May 20, 2022, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  04/19/2022                                    / s / Joseph Fraulob
                                                                   Joseph Fraulob
                                                                   Attorney for Plaintiff

Dated:  04/19/2022                                    / s / Patrick Snyder
                                                                   Patrick Snyder
                                                                   Special Assistant U.S. Attorney
                                                                   Attorney for Defendant

IT IS SO ORDERED.

Dated:  April 19, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE