Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angie Kay Traxler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No: 2:21-cv-01494-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, June 20, 2022, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  05/20/2022                           / s / Joseph Fraulob
                                             Joseph Fraulob
                                             Attorney for Plaintiff

Dated:  05/20/2022                           / s / Patrick Snyder
                                             Patrick Snyder
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

IT IS ORDERED.

Dated:  May 24, 2022
                                             _Carolyn K. Delaney_
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE