Hadley & Fraulob
A Professional Law Corporation
230 Fifth Street
Marysville, CA  95901
Ph:  (530) 743-4458
Fx:  (530) 743-5008

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE KAY TRAXLER,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Civil Action No: 2:21-cv-01494-CKD<br><br>**STIPULATION & ORDER FOR EAJA FEES** |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of four thousand, four hundred and fourteen dollars and seventy-five cents ($4,414.75).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by her counsel in connection with this civil action, in accordance with 28 U.S.C. 2412(d).

  After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

Treasury's Offset Program. After the order to EAJA fees is entered, the government will determine if it is subject to any offset.

Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and costs to be made directly to Plaintiff's counsel Joseph Fraulob, pursuant to the written assignment executed by Plaintiff. Any payments shall be delivered to Plaintiff's counsel Joseph Fraulob.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and/or costs in connection with this action.

Dated:  01/04/2023                               / s / Joseph Fraulob
                                                 JOSEPH FRAULOB
                                                 Attorney for Plaintiff

Dated:  01/04/2023                               PHILLIP A. TALBERT
                                                 United States Attorney

                                                 By:  / s / Margaret Lehrkind
                                                 (As Authorized via Email)
                                                 MARGARET LEHRKIND
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant

                                    ORDER

APPROVED AND SO ORDERED.

Dated:  January 6, 2023

                                                 _____
                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE